```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 12827
   STANLEY STERLING
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4802


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/20/2008 and was not confirmed.

     The case was dismissed without confirmation 10/02/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE CURRENT MORTG           .00          .00          .00
CHASE MANHATTAN MORTGAGE MORTGAGE ARRE      14650.00          .00          .00
DRIVE FINANCIAL SERVICES SECURED VEHIC       4725.00          .00          .00
DRIVE FINANCIAL SERVICES UNSECURED           4171.93          .00          .00
MIGEELA PHILLIPS         NOTICE ONLY       NOT FILED          .00          .00
IL STATE DISBURSEMENT UN DSO ARREARS       NOT FILED          .00          .00
IL STATE DISBURSEMENT UN DSO ARREARS       NOT FILED          .00          .00
INGALLS MIDWEST EMERGENC UNSECURED         NOT FILED          .00          .00
NICOR GAS                UNSECURED         NOT FILED          .00          .00
CHASE HOME FINANCE LLC   NOTICE ONLY       NOT FILED          .00          .00
CHASE MORTGAGE           NOTICE ONLY       NOT FILED          .00          .00
SBC                      UNSECURED            207.09          .00          .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         3,474.00                   533.60
TOM VAUGHN               TRUSTEE                                         41.40
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  575.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 533.60
TRUSTEE COMPENSATION                            41.40
DEBTOR REFUND                                     .00
                    ---------------      ---------------
TOTALS                   575.00                575.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 12827 STANLEY STERLING

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE